Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.
 

 Petitioner commenced this CPLR article 78 proceeding challenging a tier III determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner’s institutional record and the mandatory $5 surcharge has been refunded to petitioner’s inmate account. In view of this, petitioner has been granted all the relief to which he is entitled, and the petition must be dismissed as moot (see Matter of Nichols v Kirkpatrick, 153 AD3d 1007, 1007 [2017]; Matter of Sheard v Annucci, 153 AD3d 1008, 1008 [2017]).
 

 McCarthy, J.P., Lynch, Clark, Rumsey and Pritzker, JJ., concur.
 

 Adjudged that the petition is dismissed, as moot, without costs.